ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIETER PENKOWICZ, | CASE NO. 2:21-cv-00331-JAD-NJK |
| Plaintiff, | **STIPULATION TO SUBSTITUTE ATTORNEYS** |
| v. | |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC, | |
| Defendants. | |

Defendants C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. hereby substitute Eric W. Swanis, Esq. at Greenberg Traurig, LLP as counsel of record in this action in place and stead of Richard B. North, Jr., Esq. at Nelson Mullins Riley & Scarborough, LLP.

Copies of all future pleadings, orders, notices, records, correspondence should be served upon Eric W. Swanis, Esq. of the law firm of Greenberg Traurig LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135, (702) 792-3773, swanise@gtlaw.com.

/ / /

/ / /

/ / /

/ / /

/ / /

/ /

1

ACTIVE 55583213v1

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 4th day of March 2021.

**C. R. BARD, INC.**
Defendant

**BARD PERIPHERAL VASCULAR, INC.**
Defendant

By: */s/ Candace Camarata*
Its: Associate General Counsel, Litigation

By: */s/ Candace Camarata*
Its: Associate General Counsel, Litigation

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 4th day of March 2021.

NELSON MULLINS RILEY SCARBOROUGH, LLP

By: */s/ Richard B. North, Jr.*
RICHARD B. NORTH, JR. ESQ.
201 17th Street NW, Suite 1700
Atlanta, Georgia  30363
Telephone:  (404) 322-6155

I am duly admitted to practice in this District.  Above substitution accepted.

DATED this 4th day of March 2021.

GREENBERG TRAURIG, LLP

By: */s/  Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
swanise@gtlaw.com

**Please check one**: ■ Retained, or ☐ Appointed by the Court.

**APPROVED:**
**IT IS SO ORDERED**

**DATED:** 5:20 pm, March 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ACTIVE 55583213v1

# CERTIFICATE OF SERVICE

I hereby certify that on **March 8, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

I hereby certify that I have sent a copy of the foregoing document via electronic mail and deposited a copy of same in United States Postal Service to be delivered to the following non-ECF participants:

> Arati C. Furness
> Matthew Ryan McCarley
> Fears Nachawati, PLLC
> 5473 Blair Rd.
> Dallas TX  75231
>
> afurness@fnlawfirm.com
> mccarley@fnlawfirm.com
>
> **Attorneys for Plaintiff**

                                                  */s/ Shermielynn Irasga*
                                                  An employee of GREENBERG TRAURIG, LLP

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

3

ACTIVE 55583213v1