ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIETER PENKOWICZ,<br><br>           Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC,<br><br>           Defendants. | CASE NO. 2:21-cv-00331-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.**<br><br>ECF No. 20 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice as to Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., with each party to bear its own costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

ACTIVE 56009968v3

IT IS SO STIPULATED.

DATED this 28th day of July 2021.

| FEARS NACHAWATI, PLLC | GREENBERG TRAURIG, LLC |
|---|---|
| /s/ Mike H. T. Nguyen<br>Mike H. T. Nguyen<br>Nevada Bar No. 12055<br>Email: m_nguyen@thenguyenlaw.com<br>Nguyen & Associates, LLC<br>6831 Ponderosa Way<br>Las Vegas, NV 89118<br>Tel. 702-999-8888 | /s/ Eric W. Swanis<br>Eric W. Swanis<br>Nevada Bar No. 6840<br>Email: swanise@gtlaw.com<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br><br>*Counsel for Defendants* |
| /s/ Kelly Chermack<br>Kelly Chermack<br>*Admitted Pro Hac Vice*<br>Texas Bar No. 24121361<br>Email: kchermack@fnlawfirm.com<br>5473 Blair Road<br>Dallas, TX 75231<br>Telephone: (214) 890-0711<br>Facsimile: (214) 890-0712<br><br>*Counsel for Plaintiffs* | |

## ORDER

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, and because this stipulation resolves all pending claims between all parties, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 6, 2021

ACTIVE 56009968v3

2